Argued and submitted July 24, affirmed September 30, 1992

In the Matter of the Compensation of
Dale E. Holden, Claimant.

**HEWLETT-PACKARD COMPANY,**
*Petitioner,*

*v.*

Dale E. HOLDEN,
*Respondent.*

(90-11918; CA A72743)

838 P2d 643

Karen O'Kasey, Portland, argued the cause for petitioner. With her on the brief was Schwabe, Williamson & Wyatt, Portland.

Darris K. Rowell, Salem, argued the cause for respondent. With him on the brief was Olson, Rowell & Walsh, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

In this workers' compensation case, employer seeks review of an order of the Board affirming the referee's decision to allow claimant's claim for a knee injury. Employer argues that the Board erred in finding that the cause of the injury was work-related and in determining that the claim was supported by objective medical findings. ORS 656.005(7)(a), (19).

Substantial evidence supports the Board's finding that the knee injury was work-related. Additionally, the Board found that claimant's doctor noted claimant's subjective complaints of sharp pain, a catching sensation, particularly with twisting motions and, also, "notable patellar crepitus" in response to motion and internal rotation. The doctor's report constitutes objective findings. *Georgia-Pacific Corp. v. Ferrer*, 114 Or App 471, 835 P2d 949 (1992).

Employer's remaining argument does not require discussion.

Affirmed.